Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Mathew W. Shreeve
102 E Cholla St
Casa Grande, AZ 85122
(520) 510-5579

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED ✓   LODGED \_\_\_
RECEIVED \_\_\_   COPY \_\_\_
DEC 20 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Mathew W. Shreeve
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Arizona Department of Public Safety
Arizona Department of Administration
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. CV-19-5864-PHX-DGC
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Mathew W. Shreeve
   Address: 102 E Cholla ST
   City: Casa Grande   State: AZ   Zip Code: 85122
   County: Pinal
   Telephone Number: 520 510 5579
   E-Mail Address: phenix13-7@hotmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Arizona Department of Public Safety
   Job or Title (if known):
   Address: 2222 W Encanto Blvd
   City: Phoenix   State: AZ   Zip Code: 85009
   County: Maricopa
   Telephone Number: 602 223 2000
   E-Mail Address (if known):

   [ ] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Arizona Department of Administration
   Job or Title (if known):
   Address: 100 N 15th Ave
   City: Phoenix   State: AZ   Zip Code: 85007
   County: Maricopa
   Telephone Number: 602 542 1500
   E-Mail Address (if known):

   [ ] Individual capacity   [X] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   _____ _____ _____
   City            State           Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   _____ _____ _____
   City            State           Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   **14 Amendment**

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See attached

B. What date and approximate time did the events giving rise to your claim(s) occur?

See attached

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No Physical injuries Sustained

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Loss of Potential wages  $418,757.2

Punitive / Pain and Suffering
Loss of Potential work
Loss of Potential Government retirement
Loss of Potential betterment for quality of life (QoL)
Loss of Potential betterment for QoL for children
Loss of ability to apply for a well paying job
The time/stress taken to rectify records
                                                1,256,271.6
                                                _____
                                                1,675,028.8

Correct Plaintiffs DRS record.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2019 Dec 20

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Mathew W Shreeve

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
   City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____

Section II

D.) Arizona Department of Public Safety (AZDPS) has failed to update Plaintiff's record.

Arizona Department of Administration (ADOA) claimed statute of limitations has run out. When corrected, ADOA claimed Absolute Immunity

Section III

A.) AZDPS, on four seperate occasions failed to update and correct Plaintiff's criminal record

ADOA, incorrectly attached a date to Plaintiff's claim, thus claiming Statute of Limitations had run out. When Plaintiff corrected the dates, ADOA claimed Absoulute immunity and refused to address the issue.

B.) AZDPS Dates include
   2019 Oct 16
   2012 July 05
   2008 Dec 23
   On or around 2001 Aug 14

   ADOA
   2019 Dec 9
   2019 Dec 13

Section III (cont')

C.) Plaintiff's record has failed to be updated and corrected within and by AZDPS on the before mentioned dates. AZDPS referred Plaintiff to ADOA after several phone calls made by the Plaintiff.

ADOA claimed wrong date for Plaintiff's claim to their office. Plaintiff made several phone calls to ADOA (Joe George, Kieth Last name unknown) and was told by ADOA that AZDPS has absolute immunity. ADOA told Plaintiff that only AZDPS can correct record. ADOA refused Compensation Claim.